IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DORA P. BOLDEN                                          PLAINTIFF

v.                           No. 4:07CV01065-RSW

UNITED STATES OF AMERICA                    DEFENDANT

## ORDER OF DISMISSAL

The parties have entered into a settlement agreement and request dismissal of the above-captioned action. Upon the stipulation and consent of the parties, the above-captioned cause of action is hereby dismissed with prejudice.

IT IS ORDERED this 11th day of February, 2009

_____
U.S. DISTRICT JUDGE

APPROVED:

*/s/ Christopher R. Heil*
Christopher R. Heil, Esq.
The Brad Hendricks Law Firm
500 C. Pleasant Valley Drive
Little Rock, AR 72227


*/s/Gwendolyn D. Hodge*
GWENDOLYN D. HODGE.
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR 72203